UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                In Bankruptcy

**MINKLER, MICHELLE L.,**                Case No. 15-46926 TJT
                                                      Chapter 7
                 Debtor(s)                       Hon. Thomas J. Tucker
_____/

## TRUSTEE'S MOTION TO DISMISS CASE

Timothy J. Miller, Trustee, states as follows:

1. Pursuant to 11 U.S.C. §343, a debtor shall appear and be examined under oath by creditors under section 341(a).

2. Notice was given in compliance with 11 U.S.C. §342 setting the creditors' meeting for June 10, 2015 at 9:00 a.m.

3. The Debtor did not appear.

## FAILURE TO VERIFY IDENTITY AND SIGNATURE

4. The Executive Office for United States Trustees requires that the Chapter 7 Trustee must verify a debtors' identity. "At the meeting of creditors, each individual debtor must present original government-issued photo identification and confirmation of the social security number listed in the notice of the meeting of creditors received by the trustee." See the *Handbook for Chapter 7 Trustees*, updated October 1, 2012, United States Department of Justice, Executive Office for United States Trustees, page 3-5. The Handbook Supplementary Materials also require the Trustee to ask a debtor, "Did you sign the petition, schedules, statements, and related documents and is the signature your own? Did you read the petition, schedules, statements, and related documents before you signed them?"

5. The Debtor did not appear at the section 341 meeting of creditors and thus

did not produce identification nor did she verify her originally signed bankruptcy petition, statements and schedules, preventing the Trustee from completing his duties.

## **UNREASONABLE DELAY**

6. Dismissal of the Debtor's case is appropriate pursuant to 11 U.S.C. §707(a)(1) i.e. unreasonable delay, and 11 U.S.C. § 521(d)(2)(B) i.e mandatory dismissal for failure to provide tax return document.

WHEREFORE, the Trustee prays for entry of an appropriate order.

Dated: June 22, 2015

/s/ Timothy J. Miller, Trustee
TIMOTHY J. MILLER, TRUSTEE
P36951
64541 Van Dyke Suite 101B
Washington, MI 48095
(586) 281-3764
tmiller@schneidermiller.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                          In Bankruptcy

**MINKLER, MICHELLE L.,**            Case No. 15-46926 TJT
                                          Chapter 7
        Debtor(s)                          Hon. Thomas J. Tucker
_____/

[PROPOSED]
**ORDER OF DISMISSAL**

       The Trustee filed a Motion to Dismiss. No response nor request for hearing was filed. The court being advised,

       IT IS HEREBY ORDERED that the case be and is hereby dismissed.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                        In Bankruptcy

**MINKLER, MICHELLE L.,**            Case No. 15-46926 TJT
                                                  Chapter 7
              Debtor(s)                   Hon. Thomas J. Tucker
_____/

**NOTICE OF
TRUSTEE'S MOTION TO DISMISS CASE**

Timothy J. Miller, Trustee has filed papers with the court to dismiss the case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to dismiss the case, or if you want the court to consider your views on the motion, within    14    days, you or your attorney must:

1.        File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
211 West Fort Street
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Timothy J. Miller, Trustee
64541 Van Dyke suite 101B
Washington, Michigan 48095

2.        If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: June 22, 2015                        /s/ Timothy J. Miller, trustee
                                             BY:    Timothy J. Miller (P36951
                                                        64541 Van Dyke Suite 101B
                                                        Washington, MI  48095
                                                        (586) 281-3764
                                                        tmiller@schneidermiller.com

[1]Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

**MINKLER, MICHELLE L.,**

    Debtor(s)
_____/

In Bankruptcy

Case No. 15-46926 TJT
Chapter 7
Hon. Thomas J. Tucker

## CERTIFICATE OF SERVICE

Re:  Trustee's Motion to Dismiss Case, Proposed Order, Notice Pursuant to L.B.R. 9014-1 (E.D.M.) and Certificate of Service.

I hereby certify that on the 22nd day of June, 2015, I electronically filed the foregoing Paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all those listed by the court as receiving electronic notices in this case from the court's CM/ECF system.

I also hereby certify that on the 22nd day of June, 2015 an employee of Schneider Miller, P.C. has mailed by United States Postal Service, postage prepaid, the foregoing papers to the following non-ECF participants:

Michelle Minkler
2735 S. Wagner Road #7
Ann Arbor, MI  48103

/s/ Timothy J. Miller, Trustee
Timothy J. Miller (P36951)
64541 Van Dyke Suite 101B
Washington, MI  48095
(586) 281-3764
tmiller@schneidermiller.com